# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| ABB Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  5:10-cv-12626 |
| | ) | |
| v. | ) | |
| | ) | |
| Robotic Visiontech, LLC, et al | ) | Hon.  John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Robotic Visiontech, LLC


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Kevin J. Stoops
>Sommers, Schwartz,
>2000 Town Center
>Suite 900
>Southfield, MI 48075-1100

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  July 14, 2010



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  5:10-cv-12626
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Robotic Visiontech, LLC

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:
Signature of Server:
Date:
Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| ABB Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 5:10-cv-12626 |
| | ) | |
| v. | ) | |
| | ) | |
| Robotic Visiontech, LLC, et al | ) | Hon. John Corbett O'Meara |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To: Braintech, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kevin J. Stoops
> Sommers, Schwartz,
> 2000 Town Center
> Suite 900
> Southfield, MI 48075-1100

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance: July 14, 2010



# Summons and Complaint Return of Service

Case No. 5:10-cv-12626
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Braintech, Inc.

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| ABB Inc. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  5:10-cv-12626 |
| v. | ) | |
| Robotic Visiontech, LLC, et al | ) | Hon.  John Corbett O'Meara |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Braintech Canada, Inc.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kevin J. Stoops
    Sommers, Schwartz,
    2000 Town Center
    Suite 900
    Southfield, MI 48075-1100

    If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ S Schoenherr
    *Signature of Clerk or Deputy Clerk*

Date of Issuance:  July 14, 2010



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:10-cv-12626
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Braintech Canada, Inc.

Date of Service:

## Method of Service

____   Personally served at this address:


____   Left copies at the usual place of abode with (name of person):


____   Other (specify):


____   Returned unexecuted (reason):


**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: