UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ABB Inc.

           Plaintiff(s),                    Case No. 2:10-cv-12626

v.                                                Judge John Corbett O'Meara

ROBOTIC VISIONTECH, LLC, et al        Magistrate Judge Paul J. Komives

           Defendant(s).
_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, ABB Inc.

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes [✓]    No [ ]

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name: ABB Holdings Inc.
    Relationship with Named Party: parent company for ABB Inc.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes [ ]    No [✓]

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: July 20, 2010                    Kevin J. Stoops

                                            P-64371
                                            Sommers Schwartz, P.C.
                                            2000 Town Center, Suite 900
                                            Southfield, Michigan 48075
                                            (248) 355-0300
                                            kstoops@sommerspc.com