

## ELLIS & WINTERS

Writer's E-Mail Address:  
Jeff.Young@elliswinters.com

Writer's Direct Dial Number:  
(919) 865-7003

August 3, 2010

VIA E-MAIL

Geoffrey Greeves  
Pillsbury Winthrop Shaw  
2300 N. Street, NW  
Washington, DC 20037-1122

Re: ABB—Braintech/RVT

Dear Geoffrey:

I hope you are doing well.

I have called, e-mailed and written you regarding ABB's proposal to resolve the outstanding differences between your clients and ABB. I have not had a response from you in several weeks.

As you know, we have filed a lawsuit in federal court in Michigan against Braintech Inc., Braintech Canada and RVT. Our local counsel, Kevin Stoop, did have a conversation with you last week, and asked you to clarify who you represent. Can you do that for us?

We are also moving for injunctive relief to (a) get the robots back and (b) get access to the code and executables in escrow. This letter shall serve as notice of our intent to do so, and a request that you confer with us as soon as possible about the relief requested prior to us seeking a hearing with the Court.

Last, we have been told on several occasions that RVT would give us the precise location of our robots so that we could pick them up. To date, that information has not been forthcoming. When can we expect it?

TEL 919.865.7000  
FAX 919.865.7010

MAILING ADDRESS  
Post Office Box 33550  
Raleigh, North Carolina 27636

STREET ADDRESS  
1100 Crescent Green, Suite 200  
Cary, North Carolina 27518

www.elliswinters.com

Ellis&Winters LLP

Geoffrey Greeves
August 3, 2010
Page 2

I look forward to hearing from you.

                                      Very truly yours,

                                      ELLIS & WINTERS, LLP

                                      Jeffrey M. Young

cc:    Kevin Stoop

Ellis&Winters LLP