AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| ABB Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:10-cv-12626 |
| | ) | |
| v. | ) | |
| Robotic Visiontech, LLC, et al | ) | Hon. John Corbett O'Meara |
| | ) | |
| Defendant. | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Robotic Visiontech, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kevin J. Stoops
Sommers, Schwartz,
2000 Town Center
Suite 900
Southfield, MI 48075-1100

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/ S Schoenherr
*Signature of Clerk or Deputy Clerk*

Date of Issuance: July 14, 2010



AO 440 (Rev. 02/09)  Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:10-cv-12626

Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Robotic Visiontech, LLC

Date of Service:  July 20, 2010

## Method of Service

_____ Personally served at this address:

_____ Left copies at the usual place of abode with (name of person):

__x__ Other (specify):
Certified Mail/Return Receipt (7160 3901 9845 6105 0357)
c/o Mr. Rick Weidinger
10001 Georgetown Pike; Great Falls, Virginia  22066

_____ Returned unexecuted (reason):

**Service Fees:**      Travel $_____      Service $_____      Total $ 0.00

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Annette M. DeCoste

Signature of Server:  *Annette M. DeCoste*

Date:    July 20, 2010

Server's Address:   2000 Town Center, Suite 900
Southfield, Michigan  48075

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): F.P. Weidinger
B. Date of Delivery: 8-3-10
C. Signature: X [signed]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes   ☐ No

2. Article Number: 7160 3901 9845 6105 0357

3. Service Type: CERTIFIED MAIL

4. Restricted Delivery? (Extra Fee)  ☐ Yes

1. Article Addressed to:

Robotic Visiontech, LLC
c/o Mr. Rick Weidinger
10001 Georgetown Pike
Great Falls, Virginia 22066

PS Form 3811, January 2005           Domestic Return Receipt