AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:10-cv-12626
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Robotic Visiontech, LLC

Date of Service:   8·10·2010 at 7:30 PM

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

X Other (specify): Substitute- served Mr. Rick Weidinger by leaving summons, complaint, et al.. with his wife Amy Weidinger at their home address 558 Innsbruck Ave Great Falls VA 22066

___ Returned unexecuted (reason):

**Service Fees:**   Travel $ 0   Service $ 75   Total $ 75

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Courtney Inglefield
Signature of Server:   Courtney Inglefield
Date:   August 11, 2010
Server's Address:   2305 Horseferry Ct.
Reston VA 20191

OFFICIAL SEAL
NOTARY PUBLIC COMMONWEALTH OF VIRGINIA
CHRISTOPHER J. ARBUINI
COUNTY OF LOUDOUN
ID# 7058024
My Commission Expires
June 30, 2011

UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| ABB Inc. | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 2:10-cv-12626<br>) |
| V. | )<br>) |
| Robotic Visiontech, LLC, Braintech, Inc., and Braintech Canada, Inc. | )<br>) Hon. John Corbett O'Meara<br>)<br>) |
| Defendant, | ) |

## AFFIDAVIT OF SERVICE PROCESS

I, Courtney Inglefield, Special Process Server, pursuant to Va. Code § 8.01-325 do hereby certify as follows:

1. That I am above eighteen (18) years of age and am not a party to, or interested in, the outcome of this case, nor am I associated with counsel of record.

2. On the 10th day of August 2010 at 7:38 pm I served: Summons in a Civil Action, Complaint and Demand For Jury Trial, and Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction to the following person at the current address:

   Robotic Visiontech, LLC
   c/o Mr. Rick Weidinger
   558 Innsbruck Avenue
   Great Falls VA 22066

3. Method of Service:

   _____ Posting
   _____ Personal Service
   __X__ Substitute-accepted by Amy Weidinger (wife of Rick Weidinger) on behalf of Rick Weidinger for Robotic Visiontech, LLC

   _____
   PRIVATE PROCESS SERVER

Subscribed and sworn to this
11th day of August 2010 in
the Commonwealth of Virginia.

(SEAL)

OFFICIAL SEAL
NOTARY PUBLIC COMMONWEALTH OF VIRGINIA
CHRISTOPHER J. ARDUINI
COUNTY OF LOUDOUN
ID# 7089094
My Commission Expires
June 30, 2011

_____
NOTARY PUBLIC

2