## Summons and Complaint Return of Service

Case No: 5:10-cv-12626
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Braintech, Inc.

Date of Service:   _Service unexecuted_

### Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

__X__ Returned unexecuted (reason): _Bad address – company moved_

**Service Fees:**   Travel $ _0_   Service $ _75_   Total $ _75_

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _Courtney Inglefield_
Signature of Server:   _[signature]_
Date:   _8·11·2010_
Server's Address:   _2305 Horseferry Ct_
                    _Reston VA_
                    _20191_

OFFICIAL SEAL
NOTARY PUBLIC COMMONWEALTH OF VIRGINIA
CHRISTOPHER J. ARDUINI
COUNTY OF LOUDOUN
ID# 7055084
My Commission Expires
June 30, 2011