AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| ABB Inc. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:10-cv-12626 |
| | ) | |
| v. | ) | |
| | ) | |
| Robotic Visiontech, LLC, et al | ) | Hon. John Corbett O'Meara |
| | ) | |
| Defendant. | ) | |

## SUMMONS IN A CIVIL ACTION

For:   Robotic Visiontech, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Kevin J. Stoops
    Sommers, Schwartz,
    2000 Town Center
    Suite 900
    Southfield, MI 48075-1100

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*　　　　By:  s/ S Schoenherr
                                                               *Signature of Clerk or Deputy Clerk*

                                                              Date of Issuance:  July 14, 2010



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 5:10-cv-12626
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Robotic Visiontech, LLC

Date of Service:   8/9/2010

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

_X_ Other (specify):  Left with Registered Agent, Kolesar & Leatham, LTD

___ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Jack Ryder
Signature of Server:   [signature]
Date:   8/11/2010
Server's Address:   Jones Legal Services
630 S. 10th St B
Las Vegas NV 89101

AOS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ABB INC                              Plaintiff, | CASE NO: 5:10-CV-12626 |
| vs. | |
| ROBOTIC VISIONTECH, LLC, ET AL.         Defendant | DEPT NO: |

## AFFIDAVIT OF SERVICE

JACK RILEY being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received copy(ies) of the SUMMONS IN A CIVIL ACTION; COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, on the 9th day of August, 2010 and served the same on the 9th day of August, 2010, at 14:47 by:

(affiant must complete the appropriate paragraph)

1. delivering and leaving a copy with the servee at (address)

2. serving the servee personally delivering and leaving a copy with , Co-occupant, a person of suitable age and discretion residing at the defendant's usual place of abode located at (address)

3. serving the servee ROBOTIC VISIONTECH, LLC C/O REGISTERED AGENT KOLESAR & LEATHAM, CHTD by personally delivering and leaving a copy at (address) 3320 WEST SAHARA AVE, STE 380, LAS VEGAS NV 89102
   a. with as , an agent lawfully designated by statute to accept service of process;
   b. with KRISTI 'DOE', PARALEGAL, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.
   c. with , pursuant to Chapter 14 of NRS a guard posted at the gate of servee's residence to which the undersigned has been denied access.



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
REBECCA GODWIN
No. 10-1790-1
My Appointment Expires March 24, 2014

Sworn to before me _Rebecca Godwin_

Notary Public, on _8/11/10_

personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence, to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledgeed to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the WITNESS my hand and official seal.

JACK RILEY

Notary's signature

Junes Legal Services - 630 South 10th Street - Suite 8 - Las Vegas NV 89101 - (702) 579-8300 - Fax (702) 259-6249 - Toll Free (888) 56Junes

10080910              Copyright 2008 eWay - All Rights Reserved              Process License #1068