**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ABB INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBOTIC VISIONTECH, LLC, BRAINTECH, INC., and BRAINTECH CANADA, INC. <br><br> Defendants. | Case No. 5:10-cv-12626-JCO-PJK <br><br> **Judge John Corbett O'Meara** <br> **Magistrate Judge Paul J. Komives** |

## NOTICE OF APPEARANCE OF COUNSEL

THE CLERK OF THE COURT AND ALL COUNSEL will please note my appearance on behalf of Defendant RoboticVISIONTech, LLC in the above-captioned matter.

Respectfully submitted,

Dated: August 12, 2010

/s/ Geoffrey J. Greeves
Geoffrey J. Greeves
Geoffrey.greeves@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: 202-663-8000
Facsimile: 202-663-8007

*Counsel for Defendant RoboticVISIONTech, LLC*

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2010, a copy of the foregoing Notice of Appearance was filed through the Court's electronic filing system (ECF) and that such filing was served electronically by the ECF system on all counsel of record at the email addresses disclosed on the Notice of Electronic Filing receipt.  I hereby certify that I have also served via email the Notice of Appearance on Jeff Young, Esq., Counsel for ABB, Inc.

    /s/ Geoffrey J. Greeves
    Geoffrey J. Greeves
    Geoffrey.greeves@pillsburylaw.com
    PILLSBURY WINTHROP SHAW PITTMAN LLP
    2300 N Street, N.W.
    Washington, D.C. 20037
    Telephone:  202-663-8000
    Facsimile:  202-663-8007
    Attorney for Defendant RoboticVISIONTech, LLC