MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ABB Inc.

          Plaintiff(s),

v.

ROBOTIC VISIONTECH, LLC, et al.

          Defendant(s).

Case No. 5:10-cv-12626-JCO-PJK

Judge John Corbett O'Meara

Magistrate Judge Paul J. Komives

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, RoboticVISIONTech, LLC

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: August 12, 2010

Geoffrey J. Greeves, Esq.

Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
(202) 663-8000
Geoffrey.greeves@pillsburylaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 12, 2010, a copy of the foregoing Statement of Disclosure of Corporate Affiliations and Financial Interest was filed through the Court's electronic filing system (ECF) and that such filing was served electronically by the ECF system on all counsel of record at the email addresses disclosed on the Notice of Electronic Filing receipt. I hereby certify that I have also served via email the Statement of Disclosure on Jeff Young, Esq., Counsel for ABB, Inc.

/s/ Geoffrey J. Greeves
Geoffrey J. Greeves
Geoffrey.greeves@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone: 202-663-8000
Facsimile: 202-663-8007
Attorney for Defendant RoboticVISIONTech, LLC