# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ABB INC.,

        Plaintiff,

CASE NUMBER: 10-12626

v.

HON. JOHN CORBETT O'MEARA

ROBOTIC VISIONTECH, L.L.C., et al.,

        Defendants.

_____/

## NOTICE OF MOTION HEARING

You are hereby notified to appear before the Honorable John Corbett O'Meara, United States District Judge for the above proceeding on **AUGUST 19, 2010, at 2:30 P.M.**, in **Court Room Number One**, 200 East Liberty Street, Ann Arbor Michigan 48104. The following motion(s) are scheduled for hearing:

- Plaintiff's motion for preliminary injunction (#5), filed 8/4/2010
- Defendant's motion to compel arbitration (#12), filed 8/12/2010

**(Responses to motions are due on or before August 17, 2010)**

## CERTIFICATE OF SERVICE

I certify that a copy of this notice was served upon counsel of record on this date August 13, 2010 using the ECF system.

Date: August 13, 2010

s/William Barkholz
Case Manager
(734) 741-2488