**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ABB INC.,

    Plaintiff,

v.

ROBOTIC VISIONTECH, LLC,
BRAINTECH, INC., and BRAINTECH
CANADA, INC.

    Defendants.

Case No. 10-cv-12626

Hon. John Corbett O'Meara

### NOTICE OF APPEARANCE OF LISA RYCUS MIKALONIS

PLEASE ENTER the appearance of Lisa Rycus Mikalonis (P39485) of the law offices of SOMMERS SCHWARTZ, P.C., as another attorney of record for Plaintiff ABB, Inc., in the within cause of action.

Please take notice that the undersigned now requests that the Court and the Parties add her name to the service list in Case Number 10-cv-12626 as another attorney of record for Plaintiff.

    Respectfully Submitted,

    /s/ Lisa Rycus Mikalonis (P39485)
    SOMMERS SCHWARTZ, P.C.
    Attorneys for Plaintiff
    2000 Town Center, Suite 900
    Southfield, MI 48075
    (248) 355-0300
    lmikalonis@sommerspc.com

Dated: August 16, 2010

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

**PROOF OF SERVICE**

I certify that on August 16, 2010, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system which will send notification to all ECF counsel of record.

/s/ Lisa Rycus Mikalonis (P39485)
SOMMERS SCHWARTZ, P.C.
Attorneys for Plaintiff
2000 Town Center, Suite 900
Southfield, MI 48075
(248) 355-0300
lmikalonis@sommerspc.com