**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ABB INC.,

        Plaintiff,

  v.

ROBOTIC VISIONTECH, LLC,
BRAINTECH, INC., and BRAINTECH
CANADA, INC.

        Defendants.

**Case No. 2:2010cv12626**

SOMMERS SCHWARTZ, P.C.
BY:    KEVIN J. STOOPS, (P-64371)
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan  48075
(248) 355-0300 – telephone
(248) 936-2143 - facsimile
kstoops@sommerspc.com

---

## **LIST OF EXHIBITS**

Exhibit A    February 24, 2009 letter to Jim Dara

Exhibit B    ABB Equipment Loan Agreement

Exhibit C    August 12, 2010 letter from G. Greeves

Exhibit D    August 9, 2010 letter from J. Young

Exhibit E    August 16, 2010 e-mail from G. Greeves