# pillsbury

Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW | Washington, DC 20037-1122 | tel 202.663.8000 | fax 202.663.8007

Geoffrey J. Greeves
tel 202.663.9228
geoffrey.greeves@pillsburylaw.com

August 12, 2010

<u>Via Electronic Mail and First Class Mail</u>

Jeff Young, Esq.
Ellis & Winters, LLP
1100 Crescent Green
Suite 200
Cary, North Carolina 27518

Kevin Stoops, Esq.
Sommers Schwartz
2000 Town Center, Suite 900
Southfield, MI 48075

    Re:   <u>ABB Inc.'s Complaint; Demand for Arbitration</u>

Dear Sirs:

    I am in receipt of a Complaint filed by ABB Inc. in the United States District Court for the Eastern District of Michigan, Case No. 5:10-cv-12626. My client, RoboticVISIONTech, LLC hereby demands arbitration under the ICC Rules in accordance with Paragraph 23.2 of the Exclusive Global Channel Partner Agreement for the Licensing of Braintech's Vision Guided Robotics Technologies. I understand from speaking to Mr. Stoops that ABB is not amenable to arbitration. Accordingly, we are filing a Motion to Compel Arbitration with the Court seeking dismissal of your case.

Sincerely,

*/s/ Geoffrey J. Greeves*

Geoffrey J. Greeves
Partner

cc:   Rick Weidinger, RoboticVISIONTech, LLC

AUG 1 6 REC'D

www.pillsburylaw.com