

**ELLIS & WINTERS**

Writer's E-Mail Address:
Jeff.Young@elliswinters.com

Writer's Direct Dial Number:
(919) 865-7003

August 9, 2010

VIA E-MAIL

Geoffrey Greeves
Pillsbury Winthrop Shaw
2300 N. Street, NW
Washington, DC 20037-1122

Re: ABB—Braintech/RVT

Dear Geoffrey:

Thank you for your call of last week.

To confirm, it is my understanding you will not accept service of the Complaint for Braintech, Braintech Canada or RVT. Additionally, you do not agree to the entry of any preliminary injunctive relief allowing ABB access to the code and executables per the terms of the agreements between the parties.

Last, I have requested on several occasions that you provide us with the exact location of the ABB Robots that were loaned to Braintech. These requests have gone unanswered for several weeks. Please forward the pick up address to me, or let me know that you do not intend to do so.

Thank you.

Very truly yours,

ELLIS & WINTERS, LLP

Jeffrey M. Young

cc: Kevin Stoops

TEL 919.865.7000
FAX 919.865.7010

MAILING ADDRESS
Post Office Box 33550
Raleigh, North Carolina 27636

STREET ADDRESS
1100 Crescent Green, Suite 200
Cary, North Carolina 27518

www.elliswinters.com

Ellis&Winters LLP