**Stoops, Kevin J**

| | |
|---|---|
| From: | Greeves, Geoffrey J. [geoffrey.greeves@pillsburylaw.com] |
| Sent: | Monday, August 16, 2010 2:42 PM |
| To: | Jeff Young; Stoops, Kevin J |
| Subject: | ABB Inc. v. RoboticVISIONTech |

Jeff: Thank you for your phone call at 2 pm in which you stated that ABB will consent to a motion to stay this case, including a stay of your request for injunctive relief, pending the completion of binding arbitration. At this time, my client will accept a voluntary dismissal of this matter under Rule 41(a)(1)(A), not a stay. There is nothing for the court to do here and I think you agree a dismissal is the likely outcome on Thursday. In addition to a dismissal, it will not come as a surprise to you that we demand that ABB pay RVT's fees, which are certainly not insignificant given that we worked over the weekend on the TRO/PI response you urged the court to schedule. This matter should have ended with my phone call with Kevin Stoops weeks ago in which I told him that arbitration was mandatory.

We will agree to cap RVT's legal fees at $25,000 if that helps make this situation more palatable for ABB.

Please let me know how you would like to proceed by 5 pm today as we have briefs to be filed tomorrow.

Geoffrey.

**Geoffrey J. Greeves | Pillsbury Winthrop Shaw Pittman LLP**

Tel: 202.663.9228 | Fax: 202.663.8007
2300 N Street, N.W. | Washington, DC 20037-1122

Email: geoffrey.greeves@pillsburylaw.com
Bio: www.pillsburylaw.com/geoffrey.greeves
www.pillsburylaw.com

In compliance with IRS and other applicable tax practice standards, any advice in this message (including attachments) is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties or for the purpose of promoting, marketing or recommending to another party any tax-related matters.

Additionally, the contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770 x4860 immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.