UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABB INC.,

       Plaintiff,

  v.

ROBOTIC VISIONTECH, LLC,
BRAINTECH, INC., and BRAINTECH
CANADA, INC.

       Defendants.

Case No. 2:2010cv12626

SOMMERS SCHWARTZ, P.C.
BY:   KEVIN J. STOOPS, (P-64371)
Attorney for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan 48075
(248) 355-0300 – telephone
(248) 936-2143 - facsimile
kstoops@sommerspc.com

_____

## LIST OF EXHIBITS

Exhibit A        SEC Filing and Braintech Website

Exhibit B        July 20, 2010 Attempted Service on Braintech

Exhibit C        Affidavit of Process Server

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300