8-K 1 brain8k05132010.htm 8-K

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

---

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the**
**Securities Exchange Act Of 1934**

**Date of Report (Date of earliest event reported): May 13, 2010 (May 13, 2010)**

# Braintech, Inc.

(Exact Name of Registrant as Specified in its Charter)

| Nevada | 000-24911 | 98-0168932 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1750 Tysons Boulevard**
**Suite 350**
**McLean, Virginia 22102**
(Address of principal executive offices) (Zip Code)

Registrant's Telephone Number, Including Area Code:  (703) 637-9780

---

(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*See* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Exhibit A**

**Item 5.02    Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers**

Clifford G. Butler, Owen L.J. Jones and James L. Speros resigned as members of the board of directors of the Company effective as of 5:30 p.m. Eastern time on May 13, 2010.

---

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Company has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date:   May 13, 2010

BRAINTECH, INC.

By:  /s/ Clifford G. Butler
        Clifford G. Butler, Director

By:  /s/ Owen L.J. Jones
        Owen L.J. Jones, Director

By:  /s/ James L. Speros
        James L. Speros, Director

## Intelligent Vision

Braintech is a recognized leader in the field of intelligent machine vision and robot vision software.

Braintech's vision software and technologies enable vision recognition and robot guidance processes in manufacturing, logistics, material handling, automation, situational awareness, security and reconnaissance and edutainment, just to name a few. The eVisionFactory™ platform offers robust, scaleable and transferable software that is used for Industrial, Government and Defense applications. eVisionFactory features both the Henry Ford Technology Award–winning Single Camera 3D (SC3D), and the ground breaking Random Bin Picking (RBP) Vision Guided Robotic (VGR) technologies. eVisionEngine™ is a vision guidance library offering an expanse of commercial uses to wide range of customers in the robotics' industry

With a customer list that includes global powerhouses Ford, Toyota, General Motors, Johnson & Johnson and Battelle Memorial Institute, Braintech's software is being utilized every second in every day with mission critical installations on over 180 installations around the world.

Braintech (OTC BB: BRHI) has been a publicly traded company since 1994. Braintech maintains partnerships with ABB, BAE, Carnegie Melon and the Robotic Technology Consortium of the US Department of Defense. The company has offices in Pontiac, Michigan, McLean, Virginia

**Braintech Offices:**

**Headquarters**
1750 Tysons Boulevard
Suite 350
McLean, VA 22102

P 703-637-9780
F 703-637-9772

**Technical Laboratory**
Pontiac, MI

Copyright © 2010 Braintech Inc. All rights reserved.