Exhibit B



First Class Mail

SOMMERS SCHWARTZ

2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MI 48075-1100

TO:
BRAI750+  221023057 1610 13 07/24/10
           RETURN TO SENDER
:BRAINTECH
   MOVED LEFT NO ADDRESS
     UNABLE TO FORWARD
     RETURN TO SENDER

FIRST CLASS MAIL





7160 3901 9845 6105 0364

RETURN RECEIPT

02 1R
0004291683
MAILED FROM ZIPCODE 48075
JUL 20 2010