## Summons and Complaint Return of Service

Case No: 5:10-cv-12626
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Braintech, Inc.

Date of Service:   *Service unexecuted*

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

__X__ Returned unexecuted (reason): *Bad address - company moved*

**Service Fees:**   Travel $ 0   Service $ 75   Total $ 75

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   *Courtney Inglefield*
Signature of Server:   *[signature]*
Date:   *8·11·2010*
Server's Address:   *2305 Horseferry Ct*
*Reston VA*
*20191*

OFFICIAL SEAL
NOTARY PUBLIC COMMONWEALTH OF VIRGINIA
CHRISTOPHER J. ARDUINI
COUNTY OF LOUDOUN
ID# 7089084
My Commission Expires
June 30, 2011