**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| ABB INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBOTIC VISIONTECH, LLC, BRAINTECH, INC., and BRAINTECH CANADA, INC. <br><br> Defendants. | Case No. 10-12626 <br><br> Hon. John Corbett O'Meara |

## ORDER FOR ALTERNATIVE SERVICE

Plaintiff's having filed its *Ex Parte* Motion for Alternate Service upon this Court (D17) and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff may effectuate service of process of its Complaint upon Defendant Braintech as follows:

A. By publication, once each week for three consecutive weeks, in the Detroit Legal News, a newspaper distributed in the same city that this Court is situated; and

B. By sending a copy of the Order for Alternate Service to Braintech at its last known address (1750 Tysons Boulevard, Suite 350, McLean, Virginia 22102) by certified mail, return receipt requested, before the date of the last publication.

SO ORDERED.

Date: September 2, 2010                                   s/John Corbett O'Meara
                                                          United States District Judge

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300