**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| ABB INC., <br><br> Plaintiff, <br><br> v. <br><br> ROBOTIC VISIONTECH, LLC, BRAINTECH, INC., and BRAINTECH CANADA, INC. <br><br> Defendants. | Case No. 5:10-cv-12626-JCO-PJK <br><br> **Judge John Corbett O'Meara** <br> **Magistrate Judge Paul J. Komives** |

**STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT
ROBOTICVISIONTECH, LLC'S ANSWER**

Pursuant to Local Rule 7.1(a)(1), the Plaintiff and Defendant RoboticVISIONTech, LLC ("RVT"), hereby stipulate to extend the time in which RVT may file a responsive pleading as follows:  Defendant RVT's pleading in response to Plaintiff's common law and statutory conversion claims (Compl. Counts I, II) shall be filed on or before September 15, 2010.  This is the first such extension requested by RVT.

Date: September 8, 2010

Respectfully submitted,

/s/ Geoffrey J. Greeves
Geoffrey J. Greeves
Geoffrey.greeves@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037
Telephone:  202-663-8000
Facsimile:  202-663-8007
Attorney for Defendant RoboticVISIONTech, LLC

/s/ Kevin J. Stoops
Kevin J. Stoops
kstoops@sommerspc.com
SOMMERS SCHWARTZ, P.C.
2000 Town Center, Suite 900
Southfield, MI 48075-1100
Telephone:  248-355-0300
Attorney for Plaintiff ABB Inc.

SO ORDERED

_____
United States District Court Judge

Entered this _____ day of _____ 2010.

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 8, 2010, a copy of the foregoing Stipulation for Extension of Time to File Defendant RoboticVISIONTech, LLC's Answer was filed through the Court's electronic filing system (ECF) and that such filing was served electronically by the ECF system on all counsel of record at the email addresses disclosed on the Notice of Electronic Filing receipt.  I hereby certify that I have also served via email the Stipulation on Jeff Young, Esq., Counsel for ABB, Inc.

      /s/ Geoffrey J. Greeves
      Geoffrey J. Greeves
      Geoffrey.greeves@pillsburylaw.com
      PILLSBURY WINTHROP SHAW PITTMAN LLP
      2300 N Street, N.W.
      Washington, D.C. 20037
      Telephone:  202-663-8000
      Facsimile:  202-663-8007
      Attorney for Defendant RoboticVISIONTech, LLC