UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABB, INC.,

       Plaintiff,

v.

ROBOTIC VISIONTECH, L.L.C.; BRAINTECH, INC.; and BRAINTECH CANADA, INC.,

       Defendants.
       _____/

Case No. 10-12626

Honorable John Corbett O'Meara

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff having filed its Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a) upon this court, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that this litigation is DISMISSED without prejudice.

       s/John Corbett O'Meara
       United States District Judge

Date:  September 21, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 21, 2010, using the ECF system and/or ordinary mail.

       s/William Barkholz
       Case Manager